C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeoglikens.com
AMY J. CHOE, ESQ. (SBN 299870)
amy.choe@jeonglikens.com
JEONG & LIKENS, L.C.
1055 W. 7TH Street, Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorneys for Plaintiff, NEMAN BROTHERS & ASSOC., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation;<br><br>          Plaintiff,<br><br>     vs.<br><br>AVENUE STORES, LLC, a New Jersey limited liability company; and DOES 1-10, inclusive,<br><br>          Defendants. | Case Number: 2:17-cv-3590 RSWL (FFMx)<br><br>**PROOF OF SERVICE OF SUMMONS** |

NEMAN BROTHERS & ASSOC., INC. a California Corporation,
**Plaintiff**

VS

AVENUE STORES, LLC, a New Jersey Limited Liability Company, and DOES 1-10, inclusive,
**Defendant**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Civil Action No.
2:17-CV-3590 RSWL (FFMx)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Person to be served** (Name & Address):
Avenue Stores, LLC | 365 W. Passaic Street, Suite 230, Rochelle Park, NJ 07662

**Attorney:** Chan Y. Jeong
Jeong & Likens, L.C.
1055 W. 7th Street, Suite 2280, Los Angeles,, CA 90017

**Papers Served:** Summons In A Civil Action; Plaintiff's Complaint For (1) Copyright Infringement And/Or (2) Vicarious And / Or Contributory Copyright Infringement; Exhibits A,B,C; Civil Cover Sheet; Notice of Interested Parties; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Notice of Assignment to United States Judges; Notice to Parties of Court - Directed ADR Program; Notice to Parties: Court Policy on Settlement

**Service Data:**
Served Successfully __X__   Not Served _____   Date: __5/18/2017__   Time: __12:35 PM__

___ Delivered a copy to him / her personally

___ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

_X_ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:

**Patricia Fischer / V.P. Human Resources**

**Actual Place of Service:** 365 W. Passaic Street, Suite 230, Rochelle Park, NJ 07662

### Description of Person Accepting Service:

Sex: Female  Age: 36 - 50 Yrs.  Height: 5' 4" - 5' 8"  Weight: Over 200 Lbs.
Skin Color: White    Hair Color: Brown

12596

### Unserved:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquires suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on:_____ Date _____ Time _____   Date _____ Time _____
                        Date _____ Time _____   Date _____ Time _____

Comments or Remarks:

**Server Data:**
Subscribed and Sworn to me this 25 day of May 2017

Name of Notary / Commission expiration

BERNITA MIMS-HAREWOOD
Notary Public
State of New Jersey
My Commission Expires May 1, 2019

I, **Gino Baldani**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

5/25/17 Date

Certified Process Service LLC - PO Box 77251 - West Trenton, NJ 08628 / Tel: (609) 882-2063